

**United States Department of Justice**

*United States Attorney*
*Northern District of New York*

*15 Henry Street*            *Tel.: (607) 773-2887*
*U.S. Courthouse & Federal Building*    *Fax: (607) 773-2901*
*Binghamton, New York 13901-2753*

February 6, 2024

Hon. Miroslav Lovric
United States Magistrate Judge
Federal Building and U.S. Courthouse
15 Henry Street
Binghamton, New York 13901

    Re:    **Sealed Search Warrant**
             **3:21-MJ-00369 (ML)**

Dear Judge Lovric:

Please accept this letter as the government's request that the attached search warrant and search warrant application be unsealed in the redacted form as proposed herein. In this instance we have request that the specific personally identifying information of the defendant and any information that may identify a cooperator, remain under seal.

Please advise if any further information is needed from the government. Thank you for your time and attention.

                           CARLA B. FREEDMAN
                           United States Attorney

           By:    */s/ Kristen L. Grabowski*
                     Kristen L. Grabowski
                     Assistant United States Attorney
                     Bar Roll No. 700658

IT IS SO ORDERED:

*Miroslav Lovric* (signature)

Miroslav Lovric
U.S. Magistrate Judge

Dated:    February 13, 2024
         Binghamton, NY